UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT ANTHONY MARTINELLI,<br><br>Petitioner,<br><br>v.<br><br>ROBERT NEUSCHMID,<br><br>Respondent. | Case No. 18-cv-02610-JD<br><br>**ORDER DISMISSING MOTION FOR A STAY WITH LEAVE TO AMEND**<br><br>Re: Dkt. No. 11 |

Robert Martinelli, a state prisoner, filed a pro se petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The Court ordered respondent to show cause regarding the claim that petitioner received ineffective assistance of counsel. Respondent filed a motion to dismiss arguing that the sole claim in the petition was unexhausted. Petitioner has filed a motion for a stay.

Before he may challenge either the fact or length of his confinement in a habeas petition in this Court, petitioner must present to the California Supreme Court any claims he wishes to raise in this Court. *See Rose v. Lundy*, 455 U.S. 509, 522 (1982) (holding every claim raised in federal habeas petition must be exhausted). The general rule is that a federal district court must dismiss a federal habeas petition containing any claim as to which state remedies have not been exhausted. *Id*. In *Rhines v. Weber*, 544 U.S. 269 (2005) the United States Supreme Court found that a stay and abeyance of a mixed federal petition should be available only in the limited circumstance that good cause is shown for a failure to have first exhausted the claims in state court, that the claim or claims at issue potentially have merit and that there has been no indication that petitioner has been intentionally dilatory in pursuing the litigation. *Rhines*, *supra*, at 277-78.

Petitioner seeks a stay pursuant to *Rhines*; however, he presents no arguments to demonstrate good cause as set forth above. The motion for a stay (Docket No. 11) is **DISMISSED** without prejudice. Within **twenty-eight days**, petitioner shall file an amended motion for a stay and present arguments in support of a *Rhines* stay.[1] Failure to file an amended motion may result in the dismissal of this action.

**IT IS SO ORDERED.**

Dated: October 24, 2018

JAMES DONATO
United States District Judge

---

[1] A district court has the discretion to stay a petition containing only unexhausted claims under the circumstances set forth in *Rhines*. *Mena v. Long*, 813 F.3d 907, 909 (9th Cir. 2016).

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT ANTHONY MARTINELLI,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT NEUSCHMID,<br><br>Defendant. | Case No. 18-cv-02610-JD<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 24, 2018, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Robert Anthony Martinelli ID: BC-9943
C.S.P. Solano A2-229 L
2100 Peabody Road
P.O. Box 4000
Vacaville, CA 95696


Dated: October 24, 2018

Susan Y. Soong
Clerk, United States District Court


By:_____
LISA R. CLARK, Deputy Clerk to the
Honorable JAMES DONATO