UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT ANTHONY MARTINELLI, Petitioner, v. ROBERT NEUSCHMID, Respondent. | Case No. 18-cv-02610-JD **ORDER TO FILE A RESPONSE** |

Robert Martinelli, a state prisoner, filed a pro se petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Respondent filed a motion to dismiss arguing that the sole claim in the petition was unexhausted. Petitioner filed a motion for a stay that the Court dismissed with leave to amend on October 24, 2018. Petitioner has not filed an amended motion for a stay or otherwise communicated with the Court. Petitioner must file an amended motion for a stay within **fourteen (14) days** of service of this order or the case with be dismissed.

**IT IS SO ORDERED.**

Dated: December 11, 2018

JAMES DONATO
United States District Judge

United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT ANTHONY MARTINELLI,<br><br>    Plaintiff,<br><br>v.<br><br>ROBERT NEUSCHMID,<br><br>    Defendant. | Case No. 18-cv-02610-JD<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 11, 2018, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Robert Anthony Martinelli ID: BC-9943
C.S.P. Solano A2-229 L
2100 Peabody Road
P.O. Box 4000
Vacaville, CA 95696


Dated: December 11, 2018


Susan Y. Soong
Clerk, United States District Court


By: _____
LISA R. CLARK, Deputy Clerk to the
Honorable JAMES DONATO